1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Seeking Appointment as Attorney for Defendant
   REQUISHA ANJUANA WATKINS

           IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. S 04-78 GEB |
| | ) | |
| Plaintiff, | ) | **REQUEST FOR APPOINTMENT OF** |
| | ) | **COUNSEL; [lodged] ORDER** |
| v. | ) | |
| | ) | **RETROACTIVE CRACK COCAINE** |
| REQUISHA ANJUANA WATKINS, | ) | **REDUCTION CASE** |
| | ) | Date:  March 21, 2008 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. GARLAND E. BURRELL |
| _____ | ) | |

Pursuant to 18 U.S.C. §§ 3006A(c) and 3852(c)(2), Defendant, REQUISHA ANJUANA WATKINS, hereby requests the court appoint the Office of the Federal Defender and Assistant Federal Defender David M. Porter as counsel to represent her with respect to her motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2), filed February 28, 2008. Mr. Porter is familiar with the case and is willing to accept the appointment.[*]

Appointment of counsel would serve the interests of justice in this case because it might facilitate a negotiated disposition of the motion and because the motion might raise novel legal issues

---

[*] Ms. Watkins has authorized the undersigned to file this application on her behalf.

surrounding application of the United States Sentencing Commission's recent retroactive reduction of sentences under the crack cocaine guidelines. Because Ms. Watkin's substantial rights may be affected by these criminal proceedings, she is constitutionally entitled to appointment of counsel. *Mempa v. Rhay*, 389 U.S. 128, 134 (1967).

Accordingly, Ms. Watkins requests the Court issue the order lodged herewith.

Dated: February 28, 2008

        Respectfully submitted,

        DANIEL J. BRODERICK
        Federal Defender

        /s/ *David M. Porter*
        DAVID M. PORTER
        Assistant Federal Defender

        Seeking Appointment as Attorney for Movant
        REQUISHA ANJUANA WATKINS

**O R D E R**

Pursuant to defendant's request, and good cause appearing therefor, the Office of the Federal Defender and Assistant Federal David M. Porter is hereby appointed to represent defendant with respect to her motion to reduce sentence.

Dated: March 3, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

REQUEST TO APPOINT COUNSEL

-2-