1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   REQUISHA ANJUANA WATKINS
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   No. Cr. S 04-78 GEB
                                  )
12             Plaintiff,         )   **[lodged] ORDER REDUCING SENTENCE**
                                  )   **PURSUANT TO 18 U.S.C. § 3582(c)(2)**
13      v.                        )
                                  )   **RETROACTIVE CRACK COCAINE**
14 REQUISHA ANJUANA WATKINS,      )   **REDUCTION CASE**
                                  )
15             Defendant.         )
                                  )
16 _____)

17      This matter came before the Court on the motion of the defendant

18 for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) filed on

19 February 28, 2008.  The motion was set for hearing on March 28, 2008,

20 but because the parties have stipulated to the resolution, the matter

21 is taken off calendar.

22      The parties agree, and the Court finds, that Ms. Watkins is

23 entitled to the benefit of the retroactive amendment reducing crack

24 cocaine penalties, which reduces the applicable offense level from 23

25 to 21.

26      IT IS HEREBY ORDERED that the term of imprisonment originally

27 imposed is reduced to 60 months;

28      IT IS FURTHER ORDERED that all other terms and provisions of the

1  original judgment remain in effect.

2      Unless otherwise ordered, Ms. Watkins shall report to the United
3  States Probation office closest to the release destination within
4  seventy-two hours after her release.

5  Dated:  March 18, 2008

7  _____
   GARLAND E. BURRELL, JR.
8  United States District Judge

ORDER REDUCING SENTENCE
-2-