# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Requisha Anjuana Watkins ) | Case No:  2:04cr00078-01 |
| ) | USM No: 14994-097 |
| Date of Previous Judgment: 8/31/04 ) | David Porter, Assistant Federal Defender |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  x  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   x GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   70   months **is reduced to**   60 months  .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level:   23            Amended Offense Level:   21
Criminal History Category:   IV         Criminal History Category:   IV
Previous Guideline Range:   70  to  87  months      Amended Guideline Range:   60  to  71  months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

x  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   8/31/04   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   March 19, 2008                                _[signature]_

Effective Date: _____                Garland E. Burrell, Jr., U.S. District Judge
(if different from order date)                          Printed name and title