UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                        RE:    Requisha Anjuana WATKINS
                              Docket Number:  2:04CR00078-01
                              **REQUEST FOR CONTINUANCE**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from December 4, 2009, at 9:00 a.m. to January 8, 2010, at 9:00 a.m.

Respectfully submitted,

/s/ Wendy E. Reyes
**WENDY E. REYES**
**United States Probation Officer**

REVIEWED BY:    /s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

Dated:     November 30, 2009
              Elk Grove, California
              WER/cj

Rev. 05/2006
CONTINUANCE ~ TO JUDGE.MRG

**RE:    Requisha Anjuana WATKINS**
**       Docket Number:  2:04CR00078-01**
**       <u>REQUEST FOR CONTINUANCE</u>**



cc:    Docket Clerk, United States District Court
       Paul Hemesath, Assistant United States Attorney
       Dwight Samuel, Defense Counsel
       Probation Office



**_X___ Approved**

Dated:  December 1, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge