BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:04-CR-078 GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER TO |
| v. ) | CONTINUE STATUS CONFERENCE |
| ) | |
| REQUISHA ANJUANA WATKINS, ) | Date: August 6, 2010 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____) | |

   IT IS HEREBY STIPULATED between the parties, Michele Beckwith, Assistant United States Attorney, and Dwight M. Samuel, attorney for defendant, that the status conference of August 6, 2010 be vacated and the matter be continued to August 13, 2010 at 9:00 a.m.

   The matter is currently set for status regarding defendant's alleged violation of the terms of her term of supervised release. The probation officer assigned to this case is unavailable for the hearing and she is unable to obtain coverage by a colleague.

////

1

```
Dated: August 3, 2010                Respectfully submitted,

                                     BENJAMIN B. WAGNER
                                     United States Attorney


                                     /s/ Michele Beckwith
                                     _____
                                By:  MICHELE BECKWITH
                                     Assistant U.S. Attorney

Dated: August 3, 2010                DWIGHT M. SAMUEL


                                     /s/ Dwight M. Samuel
                                     _____
                                By:  DWIGHT M. SAMUEL
                                     Attorney for the Defendant
```

**ORDER**

Pursuant to the stipulation of all parties, it is ordered that the status conference presently set for August 6, 2010, is continued to August 13, 2010 at 9:00 a.m.

Dated: August 4, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

2